No. 82–940. HISHON *v.* KING & SPALDING. C. A. 11th Cir. [Certiorari granted, 459 U. S. 1169.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–1031. JEFFERSON PARISH HOSPITAL DISTRICT No. 2 ET AL. *v.* HYDE. C. A. 5th Cir. [Certiorari granted, 460 U. S. 1021.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–914. MONSANTO CO. *v.* SPRAY-RITE SERVICE CORP. C. A. 7th Cir. [Certiorari granted, 460 U. S. 1010.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: Counsel for petitioner, 20 minutes; the Solicitor General, 10 minutes. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 82–1041. DICKMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. [Certiorari granted, 459 U. S. 1199.] Motion of petitioners for divided argument denied.

No. 82–1608. SOUTH-CENTRAL TIMBER DEVELOPMENT, INC. *v.* LERESCHE, COMMISSIONER, DEPARTMENT OF NATURAL RESOURCES OF ALASKA, ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.